MAGISTRATE JUDGE FRENSLEY COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS

U.S.A. v. _Paul Faye_____, No. _24-mj-1036_

ATTORNEY FOR GOVERNMENT: _Josh Kurtzman_____

ATTORNEY FOR DEFENDANT: _David Baker_____ (**AFPD**) Panel Retained

PRETRIAL SERVICES/PROBATION OFFICER: _Tiana Rock_____

INTERPRETER NEEDED? YES (**NO**) LANGUAGE/INTERPRETER: _____
☐ PRESENT ☐ ON TELEPHONE

☐ Defendant consents to IA and ☐ All future hearings before the Magistrate Judge by video conference.

☐ **INITIAL APPEARANCE** ☐ **ON A SUMMONS** ☐ **ARRESTED ON:** _____
DEFENDANT HAS A COPY OF:
☐ Complaint ☐ Indictment ☐ Information ☐ Supervised Release Pet. ☐ Other _____
☐ Defendant advised of the charges and the maximum penalties ☐ Defendant has a copy of notice of rights
☐ Defendant advised of right to counsel ☐ Counsel retained
☐ Defendant sworn and/or certified under penalty of perjury and financial affidavit filed ☐ FPD Appointed
☐ Defendant advised of right to silence ☐ Defendant advised of right to **Consular notification**
☐ GOVERNMENT and DEFENDANT advised of Due Process Protections Act of 2020
☐ Defendant advised of right to preliminary hearing ☐ Defendant waived preliminary hearing
☐ Defendant waived rights under IAD ☐ Defendant to be returned to State custody
☐ Government motion for detention ☐ Defendant temporarily detained
☐ Defendant waived detention hearing ☐ ICE detainer on defendant
☐ Defendant reserved right to hearing in future
☐ Defendant to remain in Federal custody
☐ Defendant remain on current conditions of supervised release
☐ Defendant ordered to psychological/psychiatric evaluation
☐ Defendant released on:
  ☐ Own recognizance with conditions of release ☐ standard ☐ special
  ☐ Appearance bond in the amount of: _____
  ☐ Property bond [description of property]: _____
☐ **RULE 5** - Defendant advised of right to identity hearing ☐ Defendant waived identity hearing
☐ **RULE 5** - Defendant reserved right to have preliminary hearing in District of Prosecution
☐ **RULE 5** - Defendant elected to have detention hearing in District of Prosecution
☐ **RULE 5** - DEFENDANT ADVISED OF RIGHT TO RULE 20 TRANSFER
☐ **PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO:** _____

☐ **GRAND JURY WAIVED IN OPEN COURT** [Defendant sworn and advised of rights by Court]
☐ **ARRAIGNMENT**
  ☐ Defendant acknowledges he/she has copy of Indictment/Information ☐ Court advised Def. of penalties
  ☐ Defendant waives reading thereof ☐ Indictment/Information read to defendant by Judge
  **PLEA:** ☐ GUILTY ☐ NOT GUILTY ☐ Defendant intends to plead guilty and case referred to DJ

DATE: _2.12.24_____ TOTAL TIME: _3 hours, 27 minutes_
BEGIN TIME: _1:14 p.m._ END TIME: _4:41 pm_
*Digitally Recorded*
~~VIDEO CONFERENCE~~

Form Revised 2/9/2018 Page 1 of _2_

UNITED STATES OF AMERICA v. Paul Faye       NO. 24-mj-1036

- [ ] **RULE 5 IDENTITY HEARING**
    - [ ] Held, defendant found to be person named in warrant
    - [ ] Held, defendant found NOT to be person named in warrant and released
    - [ ] Waived in open Court
- [x] **PRELIMINARY HEARING**        CONTINUED TO: _____
    - [x] Probable Cause found/Held to answer/bound over        ☐ Discharged from custody
    - [ ] Defendant waived preliminary hearing
    - [ ] RULE 5 - Held to answer in District of Prosecution
    - [ ] RULE 5 - Defendant reserved right to have hearing in District of Prosecution
- [x] **DETENTION HEARING**        CONTINUED TO: _____
    - [ ] Government withdrew motion for detention or agreed to release
    - [ ] Pretrial Services Report made a part of the record    ☐ Counsel moved to retain copy of PTSR/granted
    - [ ] Bond set at: _____        ☐ Defendant released on [date]:_____
    - [ ] RULE 5 - Defendant elected to have hearing in District of Prosecution
    - [ ] Defendant waived detention hearing    ☐ Defendant reserved right to hearing in future
    - [x] Defendant detained, order to enter    ☐ ICE detainer pending
    - [x] Defendant to remain in Federal custody    ☐ Defendant to be returned to State custody
    - [ ] Government moved for stay of execution of release pending appeal
        - [ ] Motion granted        ☐ Motion denied
    - [ ] Defendant advised of right to appeal
- [ ] **ARRAIGNMENT ON MISDEMEANOR**
    - [ ] Defendant acknowledges he/she has copy of Indictment/Information
    - [ ] Indictment/Information read to defendant by Judge    ☐ Defendant waives reading thereof
    - **PLEA:** ☐ GUILTY    ☐ NOT GUILTY
    - [ ] Misdemeanor - defendant consented to trial before Magistrate Judge
    - [ ] Written plea agreement/filed in open Court    ☐ Oral plea agreement
    - [ ] Guilty plea:    ☐ Accepted    ☐ Rejected    ☐ Taken under advisement
- [ ] **OTHER**
    - [ ] Type of hearing and outcome: _____

---

- [ ] **DEFENDANT DID NOT APPEAR AS DIRECTED, BENCH WARRANT ISSUED**
- [x] **Witness and Exhibit List attached**

**NOTES/EVIDENTIARY MATTERS/SENTENCING:**     (Witnesses, Exhibits, Attach W/Ex List if necessary)