FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

FEB 2 1 2024

BY ___JM___
DEPUTY CLERK



UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO.  2:24-cr-00002 |
| | ) | |
| v. | ) | |
| | ) | 26 U.S.C. § 5812 |
| | ) | 26 U.S.C. § 5841 |
| | ) | 26 U.S.C. § 5861(d) |
| | ) | 26 U.S.C. § 5861(e) |
| | ) | 26 U.S.C. § 5861(i) |
| PAUL FAYE, SR. | ) | 26 U.S.C. § 5871 |

# I N D I C T M E N T

### COUNT ONE

THE GRAND JURY CHARGES:

On or about January 11, 2024, in the Middle District of Tennessee, **PAUL FAYE, SR.,** knowingly possessed a firearm, that is, a silencer bearing no serial number, which was not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

### COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about January 11, 2024, in the Middle District of Tennessee, **PAUL FAYE, SR.,** knowingly possessed a firearm, that is, a silencer, not identified by a serial number as required by chapter 53 of Title 26.

In violation of Title 26, United States Code, Sections 5861(i) and 5871.

## COUNT THREE

THE GRAND JURY FURTHER CHARGES:

On or about January 11, 2024, in the Middle District of Tennessee, **PAUL FAYE, SR.,** knowingly and unlawfully transferred a firearm, that is, a silencer bearing no serial number, which was not registered in the National Firearms Registration and Transfer Record, to a federal agent working in an undercover capacity.

In violation of Title 26, United States Code, Sections 5812, 5841, 5861(e), and 5871.

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES:

On or about February 5, 2024, in the Middle District of Tennessee, **PAUL FAYE, SR.,** knowingly possessed a firearm, that is, a silencer bearing no serial number, which was not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## COUNT FIVE

THE GRAND JURY FURTHER CHARGES:

On or about February 5, 2024, in the Middle District of Tennessee, **PAUL FAYE, SR.,** knowingly possessed a firearm, that is, a silencer, not identified by a serial number as required by chapter 53 of Title 26.

In violation of Title 26, United States Code, Sections 5861(i) and 5871.

THE GRAND JURY FURTHER CHARGES:

On or about February 5, 2024, in the Middle District of Tennessee, **PAUL FAYE, SR.,** did knowingly possess a firearm, that is, a weapon made from a shotgun, with an overall length of less than twenty-six inches and a barrel length of less than eighteen inches, being more fully described as a Crescent Fire Arms Company .410 caliber shotgun bearing serial number A70083, , which was not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

A TRUE BILL

FOREPERSON

HENRY C. LEVENTIS
UNITED STATES ATTORNEY

JOSH KURTZMAN
ASSISTANT UNITED STATES ATTORNEY

3