CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | | |
|---|---|---|---|
| Indictment | (X) | County of Offense: | Smith |
| Complaint | ( ) | AUSA's NAME: | Josh Kurtzman |
| Information | ( ) | | |
| Felony | (X) | Reviewed by AUSA: | JK |
| Misdemeanor | ( ) | | (Initials) |
| Juvenile | ( ) | | |

Paul Faye Sr.
Defendant's Full Name

_____
Defendant's Address

Interpreter Needed?  _____  Yes   X   No

If Yes, what language?  _____

_____
Defendant's Attorney

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| 1, 4, 6 | 26 U.S.C. 5841 26 U.S.C. 5861(d) and 26 U.S.C. 5871 | Possession – non-registered firearm | Maximum of 10 years imprisonment | $10,000 |
| 2, 5 | 26 U.S.C. 5861(i) and 26 U.S.C. 5871 | Possession of a firearm not identified by a serial number | Maximum of 10 years imprisonment | $10,000 |
| 3 | 26 U.S.C. 5812 26 U.S.C. 5841 26 U.S.C. 5861(e) 26 U.S.C. 5871 | Unlawful transfer of a non-registered firearm | Maximum of 10 years imprisonment | $10,000 |

**\*If the defendant is found to be an Armed Career Criminal, pursuant to 18 U.S.C. § 924(e), defendant will be subject to a term of imprisonment of between 15 years to life.**

**\*\*A charge pursuant to 8 U.S.C. § 1326, may carry a maximum sentence of one of the following: (1) up to 2 years; (2) up to 10 years; or (3) up to 20 years, depending upon a defendant's criminal and removal history.**

Is the defendant currently in custody?  Yes (X)      No ( )      If yes, State or **Federal**?      Writ requested  (N/A)

Has a complaint been filed?          Yes      (X)      No      ( )
    If Yes:  Name of the Magistrate Judge  Barbara D. Holmes          Case No.: 24-mj-01036
             Was the defendant arrested on the complaint?          Yes  ( )      No      (X)

Has a search warrant been issued?      Yes      (X)      No      ( )
    If Yes:  Name of the Magistrate Judge  Holmes          Case No.: 24-mj-1034, 1035, 1037

Was bond set by Magistrate/District Judge?  Yes      ( )      No      (X)          Amount of bond: _____

Is this a Rule 20? Yes ( )  No (X)      To/from what district?  _____
Is this a Rule 40? Yes ( )  No (X)      To/from what district?  _____

Estimated trial time:          3 Days

The Clerk will issue a Summons/Warrant      (circle one)  (Note: If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested:  Yes (X)  No ( )      Recommended conditions of release: _____