# MAGISTRATE JUDGE HOLMES COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS
☐ VIDEOCONFERENCE  ☑ COURTROOM

**U.S.A. v.** Paul Faye, Sr.  **No.** 2:24-cr-00002

**ATTORNEY FOR GOVERNMENT:** Robert McGuire for Joshua Kurtzman

**ATTORNEY FOR DEFENDANT:** David Baker  ■ AFPD  ☐ Panel  ☐ Retained

**PRETRIAL SERVICES/PROBATION OFFICER:** ____

**INTERPRETER NEEDED?** ☐ YES  ■ NO  **LANGUAGE/INTERPRETER:** ____
☐ PRESENT  ☐ TELEPHONE  ☐ VIDEO

☐ Defendant consents appear to before the Magistrate Judge by video conference.

☐ **INITIAL APPEARANCE**  ☐ ON A SUMMONS  ☐ ARRESTED ON: ____
DEFENDANT HAS A COPY OF:
☐ Complaint  ☐ Indictment  ☐ Information  ☐ Supervised Release Pet.  ☐ Other ____
☐ Defendant advised of the charges and the maximum penalties  ☐ Defendant has a copy of notice of rights
☐ Defendant advised of right to counsel  ☐ Counsel retained
☐ Financial affidavit filed under penalty of perjury  ☐ FPD Appointed
☐ Defendant advised of right to silence
☐ Defendant advised of right to **Consular notification**  ☐ Counsel app't based on counsel's statement
☐ GOV'T and DEFENDANT advised of Due Process Protections Act of 2020
☐ Defendant advised of right to preliminary hearing  ☐ Defendant waived preliminary hearing
☐ Government motion for detention  ☐ Defendant temporarily detained
☐ Defendant waived detention hearing  ☐ ICE detainer on defendant
☐ Defendant reserved right to hearing in future  ☐ Defendant to be returned to State custody
☐ Defendant to remain in Federal custody  ☐ Defendant waived rights under IAD
☐ Defendant to remain on current conditions of supervised release
☐ Defendant ordered to psychological/psychiatric evaluation
☐ Defendant released on:
   ☐ Own recognizance with conditions of release  ☐ standard  ☐ special
   ☐ Appearance bond in the amount of: ____
   ☐ Property bond [description of property]: ____
☐ **RULE 5** - Defendant advised of right to identity hearing  ☐ Defendant waived identity hearing
☐ **RULE 5** - Defendant reserved right to have preliminary hearing in District of Prosecution
☐ **RULE 5** - Defendant elected to have detention hearing in District of Prosecution
☐ **RULE 5** - DEFENDANT ADVISED OF RIGHT TO RULE 20 TRANSFER

☐ **PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO:** ____

☐ **GRAND JURY WAIVED IN OPEN COURT**  [Defendant sworn and advised of rights by Court]
■ **ARRAIGNMENT**
   ■ Defendant acknowledges he/she has copy of Indictment/Information  ■ Court advised Def. of penalties
   ■ Defendant waives reading thereof  ☐ Indictment/Information read to defendant by Judge
   **PLEA:** ☐ GUILTY  ■ NOT GUILTY  ☐ Defendant intends to plead guilty and case referred to DJ

**DATE:** 3.7.24  **TOTAL TIME:** 6 minutes
**BEGIN TIME:** 10:33am  **END TIME:** 10:39am
■ *Digitally Recorded*  ☐ *Court Reporter:* ____

Form Revised 2/9/2018
Page 1 of 1