UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) NO. 2:24-cr-00002 |
| | ) JUDGE RICHARDSON |
| PAUL FAYE, SR. | ) |

### ORDER

Defendant's Motion to Set Change of Plea Hearing (Doc. No. 28) is GRANTED. A plea hearing is scheduled for **July 8, 2024, at 2:00 p.m.**

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE