UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | Case No. 2:24-00002 |
| v. | ) | JUDGE RICHARDSON |
| | ) | |
| | ) | |
| PAUL FAYE, SR. | ) | |

POSITION OF DEFENDANT REGARDING PRESENTENCE REPORT

Paul Faye, through undersigned counsel, and pursuant to Fed. R. Crim. P. 32 and LCrR32.01(c)(4), hereby notifies this Court that he has reviewed the Presentence Investigation Report (PSR) with counsel and that he has no objections to the report.

Respectfully submitted,

s/ *R. David Baker*
R. DAVID BAKER
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047
David_baker@fd.org

Attorney for Paul Faye, Jr.

CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2024, I electronically filed the foregoing *Position of Defendant Regarding Presentence Report* with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Hon. Joshua Kurtzman, Assistant U.S. Attorney, 719 Church St., Suite 3300, Nashville, TN 37203; copy to LaShonda Dancy, U.S. Probation Officer, 719 Church St., Suite 1100, Nashville, TN 37203.

s/ *R. David Baker*
R. DAVID BAKER