# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

| UNITED STATES OF AMERICA V. PAUL FAYE, SR. | **EXHIBIT AND WITNESS LIST** Case Number: 2:24-cr-00002 |
|---|---|

| PRESIDING JUDGE<br>Eli Richardson | PLAINTIFF'S ATTORNEY<br>Joshua Kurtzman | DEFENDANT'S ATTORNEY<br>R. David Baker |
|---|---|---|
| SENTENCING HEARING HELD<br>12/20/2024 | COURT REPORTER<br>Debbie Watson | COURTROOM DEPUTY<br>Julie Jackson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  |  | 12/20/2024 |  |  |  |
| X |  |  |  |  | **WITNESS:** Angelo DeFeo, Special Agent, FBI |
|  | 1 |  | X | X | Physical thumb drive in white envelope |
|  | X |  |  |  | **WITNESS:** Tiffany Lubeke |
|  | X |  |  |  | **WITNESS:** Jesse Lubeke |
|  | X |  |  |  | **WITNESS:** Joseph Faye |

Page 1 of 1